```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GHAMDAN ABDULLAH MAFLAHI and 875 E
TREMONT GROCERY DELI CORP.,

                Plaintiffs,

- against -

UNITED STATES OF AMERICA and UNITED
STATES DEPARTMENT OF AGRICULTURE, FOOD
AND NUTRITION SERVICE,

                Defendants.

**23 Civ. 2704 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    Plaintiffs Ghamdan Abdullah Maflahi and 875 E Tremont Grocery Deli Corp. (collectively, "Plaintiffs") filed a Complaint in the above-captioned matter on March 31, 2023. (Dkt. No. 1.) Defendants United States of America and United States Department of Agriculture, Food and Nutrition Service (collectively, "Defendants") filed an Answer to the Complaint on August 4, 2023. (Dkt. No. 11.)

    Plaintiffs and Defendants are hereby directed to submit a joint letter within twenty (20) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge

designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    11 August 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.