# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

GHAMDAN ABDULLAH MAFLAHI, 875 E TREMONT
GROCERY DELI CORP,

               Plaintiffs,                    23 **CIVIL** 2704 (VM)

      -against-                          **JUDGMENT**

UNITED STATES OF AMERICA, UNITED STATES
DEPARTMENT OF AGRICULTURE, FOOD &
NUTRITION SERVICE,

               Defendants.

-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated September 30, 2024, motion for summary judgment is GRANTED in favor of Defendants United States of America, United States Department of Agriculture, and Food and Nutrition Service on Plaintiffs' claims. Accordingly, all of Plaintiffs' claims are hereby DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
        September 30, 2024


                                  **DANIEL ORTIZ**
                             _____
                               **Acting Clerk of Court**

                 **BY:**
                            _____
                                **Deputy Clerk**